IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAR 2 8 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-26-BLG-SPW-3 |
| Plaintiff, | |
| vs. | ORDER |
| JENNIFER MICHAEL SWANSON, | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervision (Doc. 267), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Jennifer Michael Swanson's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 27th day of March, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge